IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| O'NEAL HENDERSON, | § |
| Plaintiff, | § |
| vs. | §   NO. 4:10-CV-443-GKF-TLW |
| HIRERIGHT SOLUTIONS, INC., f/k/a USIS COMMERCIAL SERVICES, INC., | § |
| Defendant. | § |

**CONSENT ORDER REGARDING WITHDRAWAL BY DEFENDANT OF ITS MOTION FOR RECONSIDERATION WITHOUT PREJUDICE**

*WHEREAS* the Motion for Reconsideration by Defendant HireRight Solutions, Inc., f/k/a USIS Commercial Services, Inc., is presently pending before the Court (Docket # 60);

*WHEREAS* Plaintiff's opposition to the motion and Defendant's reply must be filed on November 1, 2010, and November 15, 2010, respectively;

*WHEREAS* the parties are actively engaged in Alternative Dispute Resolution and seek to defer further briefing pending the outcome of their negotiations; and

*WHEREAS* an order granting the Consent Order will not interfere with any other case deadlines at this time.

**IT THEREFORE ORDERED** that Defendant's Motion for Reconsideration (Docket # 60) is allowed to be withdrawn without prejudice. The parties are **ORDERED** to inform the Court of the progress of the Alternative Dispute Resolution proceedings within thirty (30) days of the entry hereof.

Date:  October 28, 2010

*/s/ Gregory K. Frizzell*
Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma