# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| O'NEAL HENDERSON, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 10-CV-443-GKF-TLW |
| HIRERIGHT SOLUTIONS, INC. f/k/a USIS COMMERCIAL SERVICES, INC., ) ) ) | |
| Defendant. ) ) ) | |

**O R D E R**

This matter comes before the court on the Motion to Transfer to the Eastern District of Virginia (Dkt. #73) of the plaintiff O'Neal Henderson. This motion was filed with the agreement and consent of the defendant. For good cause given, the motion (Dkt. #73) is granted and the court hereby directs the Court Clerk to effectuate transfer of this case to the Eastern District of Virginia.

**IT IS SO ORDERED** this 4th day of August, 2011.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma